# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**ANTHONY JEROME WALKER,**

    *Plaintiff,*

v.                                                        **CASE NO. 5:15-cv-00335-MP-EMT**

**JACKSON CORRECTIONAL INSTITUTE, ET AL.,**

    *Defendants.*

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 5, 2016. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this order.

2. Plaintiff's federal claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to his pursuing them in the state court.

4. The clerk is directed to enter judgment and close the file.

**SO ORDERED on October 3, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**